IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Nancy Crowder | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:13-0003 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| Marshall County Tennessee, et al | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16.01, notice is hereby given that the initial case management conference is scheduled in before Judge Haynes, U.S. Courthouse, 815 S Garden Street, **Columbia, Tennessee** at **2:00 p.m. on April 5, 2013.**

At least one lawyer representing each party who has been served and who has received this notice is required to attend the initial case management conference. Appearance by counsel at the initial case management conference will not be deemed to waive any defense of personal jurisdiction. At least one week prior to the scheduled date for the conference, if none of the defendants has been served, counsel for the filing party must notify Judge Haynes's office by facsimile (615-736-5285). Upon receipt of the facsimile, the Court will reset the date of the Initial Case Management Conference.

Prior to the initial case management conference, counsel for the parties shall confer. At the initiative of the plaintiff's counsel, a proposed case management order shall be filed at least one business day prior to the scheduled initial case management conference. At the initial case management conference, the parties' counsel shall be prepared to discuss the following issues: (1) any jurisdictional or venue challenge; (2) each party's theory of the case: (3) the identification of significant witnesses and documents; (4) the necessity of any expert witnesses; (5) the estimated time to complete all discovery; and (6) the prospects for a settlement. Counsel shall bring their calendars for the setting of a trial date that will not be reset absent extraordinary circumstances.

**The Court's staff is not authorized to entertain any telephonic requests for a continuance or excuse counsel from attendance or grant any extension of any deadlines set in this Notice or by a Local Rule of Court. Such a request shall be considered only upon a motion made in open court or by a written motion of a party or joint motion of the parties**.

**COUNSEL FOR THE PARTY FILING THIS LAWSUIT MUST SERVE A COPY OF THIS NOTICE ON THE OTHER PARTIES TO THIS LAWSUIT ALONG WITH THE SUMMONS AND COMPLAINT, WITH THE REQUEST FOR WAIVER OF SERVICE UNDER RULE 4(D) FRCP, OR WITH THE SERVICE COPY OF THE NOTICE OF REMOVAL.**

CLERK'S OFFICE
Middle District of Tennesse