IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| NANCY CROWDER, as attorney in fact For Billy Vestal, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:13-cv-00003 |
| MARSHALL COUNTY, TENNESSEE, and DONNELL KELLY, | ) ) ) | JUDGE HAYNES |
| Defendants. | ) ) | JURY DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

I, Mark Nolan of Batson Nolan PLC, hereby file notice of appearance as counsel and give notice of representation of Defendant, **MARSHALL COUNTY, TENNESSEE**.

Respectfully submitted,

BATSON NOLAN PLC

By: /s/ Mark Nolan
    Mark Nolan, BPR No. 015859
    Kathryn W. Olita, BPR No. 023075
    Counsel for Defendant Marshall County
    121 South Third Street
    Clarksville, Tennessee 37040
    (931) 647-1501

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system or other appropriate means to:

      Jerry Gonzalez
      Jerry Gonzalez, PLC
      2441-Q Old Fort Parkway
      Murfreesboro, TN 37128
      *Attorneys for Plaintiffs*

on this __28th__ day of __January__, 2012.

      BATSON NOLAN PLC

      By: /s/ Mark Nolan