IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| NANCY CROWDER, as attorney in fact For Billy Vestal, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:13-CV-00003 JUDGE HAYNES JURY DEMAND |
| MARSHALL COUNTY, TENNESSEE and DONNELL KELLY, | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT DONNELL KELLY'S MOTION FOR PARTIAL DISMISSAL

Comes Defendant Donnell Kelly ("Defendant Kelly"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves the Court for entry of an Order dismissing the Plaintiff's claims in Paragraph 18a. of Count I and dismissing Count III in its entirety in the Plaintiff's First Amended Complaint against him with prejudice.

As grounds for this Motion, with the exception of those claims involving allegations of excessive force, Defendant Kelly is entitled to absolute judicial immunity on Plaintiff's claims under 42 U.S.C. § 1983 to the extent that they relate to the setting of Mr. Vestal's bail. Specifically, as a judicial officer performing a judicial act within his jurisdiction as the Judicial Commissioner for Marshall County, Defendant Kelly enjoys absolute judicial immunity for his conduct in setting the amount of Mr. Vestal's bail.

Defendant Kelly is also entitled to absolute immunity on Plaintiff's state law claims for assault and battery pursuant to Tenn. Code Ann. § 20-20-310(b) because

Marshall County's immunity from suit is removed for injuries arising out of assault and battery. As a result, Defendant Kelly is immune as to these claims.

The Court should further decline to exercise jurisdiction over the Plaintiff's claims for assault and battery based on the exclusive jurisdiction of the Marshall County Circuit Court to hear claims arising under the TGTLA. Tenn. Code Ann. § 29-20-307.

In support of this Motion for Partial Dismissal, Defendant Kelly relies upon the simultaneously filed Memorandum of Law.

WHEREFORE, Defendant Donnell Kelly respectfully requests that the Court enter an Order dismissing in part the Plaintiff's First Amended Complaint against him with prejudice.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ Kelly M. Telfeyan
Jeffrey M. Beemer, #17247
Kelly M. Telfeyan, #24473
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
(615) 256-8386 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served by electronic filing or U.S. Mail, to:

Mr. Jerry Gonzalez
Jerry Gonzalez, PLC
2441-Q Old Fort Parkway
Box 381
Murfreesboro, TN 37128

Mr. Mark Nolan
Ms. Kathryn W. Olita
Batson Nolan, PLC
121 South Third Street
Clarksville, TN 37040

this 12th day of April, 2013.

/s/ Kelly M. Telfeyan
Kelly M. Telfeyan

452512

3