IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

NANCY CROWDER, as attorney in fact )
for Billy Vestal, )
 )
    Plaintiff, )
 )
v. ) No. 1:13-0003
 ) Chief Judge Haynes
MARSHALL COUNTY, TENNESSEE, )
et al., )
 )
    Defendants. )
 )

## ORDER

In accordance with the Memorandum filed here with, Defendant Kelly's motion for partial dismissal (Docket Entry No. 16) is **GRANTED** as to Defendant Kelly's act of setting bail, but **DENIED** as to Plaintiff's excessive force claim. The Court **DECLINES** to exercise its supplemental jurisdiction over Plaintiff's state law claims.

It is so **ORDERED**.

ENTERED this ___ day of June, 2013.

                         WILLIAM J. HAYNES, JR.
                         Chief Judge
                         United States District Court