IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| NANCY CROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:13-0003 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| MARSHALL COUNTY, TENNESSEE and DONNELL KELLY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's motion to reconsider (Docket Entry No. 25) the Order dismissing Plaintiff's state law claims, that included Plaintiff's state law claims under the Tennessee Governmental Tort Liability Act. In a series of decisions, the Judges of this Court have analyzed the relevant factors in exercising pendent jurisdiction in these circumstance. The Sixth Circuit has affirmed this District's policy decision.

The motion to reconsider (Docket Entry No. 25) is **GRANTED**, but the Order (Docket Entry No. 24) is **AFFIRMED**.

It is so **ORDERED**.

**ENTERED** this the 10th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court