IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| NANCY CROWDER, as attorney in fact For Billy Vestal, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:13-CV-00003 JUDGE HAYNES JURY DEMAND |
| MARSHALL COUNTY, TENNESSEE and DONNELL KELLY, | ) ) ) | |
| Defendants. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes Defendant Donnell Kelly, and moves the Court for entry of an Order substituting Joseph W. Fuson and the law firm of Freeman & Fuson as his counsel in place of Jeffrey M. Beemer and Kelly M. Telfeyan of the law firm of Dickinson Wright PLLC.

Respectfully submitted,

DICKINSON WRIGHT, PLLC

/s/ Kelly M. Telfeyan
Jeffrey M. Beemer, #17247
Kelly M. Telfeyan, #24473
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
(615) 256-8386 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served by electronic filing or U.S. Mail, to:

Mr. Jerry Gonzalez
Jerry Gonzalez, PLC
2441-Q Old Fort Parkway
Box 381
Murfreesboro, TN 37128

Mr. Mark Nolan
Ms. Kathryn W. Olita
Batson Nolan, PLC
121 South Third Street
Clarksville, TN 37040

Mr. Joseph W. Fuson
Freeman & Fuson
9 Music Square West
Nashville, Tennessee 37203

this 16th day of August, 2013.

/s/ Kelly M. Telfeyan
Kelly M. Telfeyan

NASHVILLE 38391-674 463971

2

Case 1:13-cv-00003   Document 30   Filed 08/16/13   Page 2 of 2 PageID #: 191