IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

NANCY CROWDER, as attorney in fact )
for Billy Vestal )
) No. 1-13-0003
v. )
)
MARSHALL COUNTY, TENNESSEE; )
and DONNELL KELLY )

O R D E R

By order entered September 30, 2013 (Docket Entry No. 33), this case was reassigned to the Magistrate Judge in accord with 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure.

Inasmuch as it appears that an initial case management conference has not taken place in this case,[1] the initial case management conference is hereby scheduled on **Wednesday, October 23, 2013, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall exchange initial disclosures pursuant to Rule 26(a)(1), to the extent that they have not already done so.

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed

---

[1] Upon motion of defendant Kelly (Docket Entry No. 13), the initial case management conference was continued from April 5, 2013, by order entered April 3, 2013 (Docket Entry No. 14), but a new date was not established.

initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge