IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| NANCY CROWDER, as attorney in fact for Billy Vestal | ) ) ) |
| v. | ) No. 1-13-0003 ) ) |
| MARSHALL COUNTY, TENNESSEE; and DONNELL KELLY | ) ) ) |

O R D E R

In accord with the order entered April 3, 2014 (Docket Entry No. 52), defendant Marshall County filed a status report on April 16, 2014, concerning a telephonic deposition of Billy Vestal (Docket Entry No. 53).

Although it appears that the parties will probably be able to take a telephonic deposition, the plans have not been finalized.

Therefore, counsel for the parties shall file a joint status report by April 25, 2014, indicating whether the telephonic deposition has been taken and, if not, whether firm arrangements have been made for the telephonic deposition, and when it is scheduled, so that it is clear to the Court whether or not the plaintiff's motion to reconsider (Docket Entry No. 51) has been resolved.

As addressed during the telephone conference call with counsel for the parties and the Court on April 2, 2014, the April 2, 2014, deadline for completion of discovery was extended to May 2, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge