# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **NANCY CROWDER,** as attorney in fact for Billy Vestal,<br>　　　Plaintiff | Case No. 1:13-00003 |
| vs | Hon. Griffin |
| **MARSHALL COUNTY, TENNESSEE** and **DONNELL KELLY**,<br>　　　Defendant | JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and as indicated below by the respective signatures of their counsel of record, the parties announce to the Court and stipulate that all claims at issue between the Plaintiff Nancy Crowder, as attorney in fact for Billy Vestal, and the Defendants Marshall County, Tennessee and Donnell Kelly, have been resolved, and the parties submit this Stipulation of Dismissal with Prejudice.

　　It is also stipulated that each party is to bear its own attorneys' fees and discretionary costs incurred in the litigation.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Jerry Gonzalez
　　　　　　　　　　　　　　　　　　　Jerry Gonzalez (18379)
　　　　　　　　　　　　　　　　　　　2441-Q Old Fort Parkway
　　　　　　　　　　　　　　　　　　　No. 381
　　　　　　　　　　　　　　　　　　　Murfreesboro TN 37128
　　　　　　　　　　　　　　　　　　　615-360-6060
　　　　　　　　　　　　　　　　　　　jgonzalez@jglaw.net
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

/s/ *Mark Nolan* by JG w permission
Mark Nolan
Batson Nolan PLC
121 South Third Street
Clarksville, TN 37041
(931) 647-1501 ext. 111
dmnolan@batsonnolan.com
Attorney for Marshall County

/s/ *Joseph W. Fuson* by JG w permission
Joseph W. Fuson
Freeman & Fuson
2126 21st Avenue South
Nashville, Tennessee 37212
615-298-7272
joe@freemanfuson.com
Attorney for Defendant Kelly

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following:

| | |
|---|---|
| Mark Nolan (15859) | Joseph W. Fuson (25393) |
| Kathryn W. Olita (23075) | Freeman & Fuson |
| 121 South Third Street | 9 Music Square West |
| Clarksville, Tennessee 37040 | Nashville, Tennessee 37203 |
| (931) 647-1501 | 615-298-7272 |
| dmnolan@batsonnolan.com | joe@freemanfuson.com |
| | |
| Attorney for Marshall County | Attorney for Donnell Kelly |

This the 11th day of August, 2014.

/s/ Jerry Gonzalez