IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

NANCY CROWDER, as attorney in fact )
for Billy Vestal )
 ) No. 1-13-0003
v. )
 )
MARSHALL COUNTY, TENNESSEE; )
and DONNELL KELLY )

O R D E R

On August 11, 2014, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 62).

As a result, the plaintiff's claims against the defendants are DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.

The pretrial conference and trial, scheduled on February 25, 2015, and March 10, 2015, are CANCELLED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge